# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS M. SHARPE, | NO. CV 13-01557 SS |
|         Plaintiff, | **JUDGMENT** |
|    v. | |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | |
|         Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum and Order.

DATED: December 10, 2013

                                                 /S/
                                       SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE JUDGE