LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FRANCIS SHARPE, | No.  EDCV 13-01557 SS |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN,<br>Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED FIFTY DOLLARS AND 00/100 ($4,450.00) subject to the terms of the Stipulation.

    DATE:  1/14/14                    _____/S/_____

                                      HON. SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE